IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHARLES ROBINSON,<br>                    *Plaintiffs,*<br>v.<br>KYLE BARTLOW, MARIAH GENTRY, JOEYBRA LLC, AND DOES 1-5, INCLUSIVE,<br>                    *Defendants.* | CASE NO. 3:12-cv-00024<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2),(3) or transfer pursuant to 28 U.S.C. §§ 1404(a) or 1406. For the reasons set forth in the accompanying memorandum opinion, Defendants' motion (docket no. 17) is partially DENIED. The parties are to establish a schedule for discovery pertaining to jurisdictional issues. Scheduling disputes regarding discovery are to be referred to the Hon. B. Waugh Crigler. This order also resolves Plaintiff's motion for leave to file a supplemental memorandum (docket no. 26), which this Court considered in its ruling.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

It is so ORDERED.

Entered this ___3rd___ day of October, 2012.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE