**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHARLES ROBINSON,  *Plaintiff,*  v.  JOEYBRA LLC,  *Defendant.* | CASE NO. 3:12-cv-00024  ORDER  JUDGE NORMAN K. MOON |

    This matter is before the Court on Plaintiff's motion for reconsideration of the Court's March 22, 2013 order denying his request for a preliminary injunction. For the reasons set forth in the accompanying memorandum opinion, Plaintiff's motion (docket no. 51) is hereby DENIED.

    It is so ORDERED.

    The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying memorandum opinion to all counsel of record.

    Entered this  8th  day of May, 2013.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE