IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHARLES ROBINSON, <br>             *Plaintiff*, <br><br> v. <br><br><br> KYLE BARTLOW, MARIAH GENTRY, JOEYBRA LLC, AND DOES 1-5, INCLUSIVE, <br>             *Defendants*. | CASE NO. 3:12–cv–00024 <br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

  This matter is before the Court on Defendants' Motion for Attorney's Fees (docket no. 63). For the reasons set forth in the accompanying memorandum opinion, Defendants' Motion for Attorney's Fees is hereby DENIED. In accordance with the memorandum opinion, I ORDER that the Clerk strike this case from the active docket of the Court.

  It is so ORDERED.

  The Clerk of Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

  Entered this ___3rd___ day of June, 2014.

                                         /s/ Norman K. Moon
                                       NORMAN K. MOON
                                       UNITED STATES DISTRICT JUDGE